**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Case No.  13-cr-00104-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  **CHRISTIAN PAUL LAULUNEN**,

    Defendant.
_____

**ORDER CONTINUING SUPERVISED RELEASE/AMENDING SUPERVISED
RELEASE CONDITIONS AND CONTINUING SENTENCING**
_____

THIS MATTER was before the Court for a supervised release violation hearing on February 26, 2016, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to alleged violation 1.

THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Office, finds the defendant guilty of the violation as alleged. The Court has announced sentencing for such violation is deferred until September 7, 2016, at 10:00 a.m. In the event of any further violation, upon notice to defense counsel, the probation officer may request an advanced hearing date prior to September 7, 2016.

ORDERED that the defendant's supervision be continued and the terms of the defendant's supervised release are amended to require as conditions that the defendant shall reside in a residential reentry center (RRC) for a period of up to 180

days, to commence as directed by the probation officer, and shall observe the rules of that facility. If the defendant is accepted for placement into the two-week Short-Term Intensive Residential Remediation Treatment (STIRRT) in-patient residential drug treatment center, he shall temporarily be released from the RRC to attend such treatment. Upon conclusion of the STIRRT program, the defendant shall return to the RRC to complete his term of residency.

FURTHER ORDERED that the defendant is to be released from custody as soon as practicable, but in no event later than March 4, 2016.

Dated this 29th day of February, 2016.

BY THE COURT:

_____
William J. Martínez
United States District Judge